# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LILY DING, derivatively on behalf of AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY D. ZYSKIND, RONALD E. PIPOLY, JR., DONALD T. DECARLO, SUSAN C. FISCH, ABRAHAM GULKOWITZ, GEORGE KARFUNKEL, LEAH KARFUNKEL, and RAUL RIVERA, <br><br> Defendants, <br><br> and <br><br> AMTRUST FINANCIAL SERVICES, INC., <br><br> Nominal Defendant. | C.A. No. 17-cv-433-GMS <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rules 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Lily Ding hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not appeared in this action, answered the Complaint, or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

|  |  |
|---|---|
| Dated: May 30, 2017 | Respectfully submitted, |
| Of Counsel: | **FARNAN LLP** |
| Timothy W. Brown<br>**THE BROWN LAW FIRM, P.C.**<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>(516) 922-5427<br>Fax: (516) 344-6204<br>tbrown@thebrownlawfirm.net | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* |